MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
VATANA LAY, ESQ.
Nevada Bar No. 12993
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: vatana.lay@akerman.com

*Attorneys for Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> EMERALD RIDGE LANDSCAPE MAINTENANCE ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and RED ROCK FINANCIAL SERVICES, LLC, <br><br> Defendants. | Case No.: 2:16-cv-02759-RFB-NJK <br><br> **STIPULATION AND ORDER FOR COST BOND** <br><br> ECF NO. 6 |

Plaintiff Bank of America, N.A., (**BANA**) and defendant SFR Investments Pool 1, LLC (**SFR**) hereby stipulate and agree as follows:

1. BANA shall post a cost bond in the amount of $500.00 or make a cash deposit of $500.00 within 15 days of entry of this order.

//

//

//

//

//

//

//

1

Dated this 29th day of December, 2016.

**AKERMAN LLP**

 */s/ Melanie D. Morgan, Esq.*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
VATANA LAY, ESQ.
Nevada Bar No. 12993
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
*Attorneys for Bank of America, N.A.*

Dated this 29th day of December, 2016.

**KIM GILBERT EBRON**

 */s/* Diana Cline Ebron, Esq.
DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 100
Las Vegas, Nevada 89139
*Attorneys for SFR Investments Pool 1, LLC*

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: December 30, 2016

2