**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| BANK OF AMERICA, N.A., | ) | Case No. 2:16-cv-02759-RFB-NJK |
| Plaintiff(s), | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | (Docket No. 6) |
| EMERALD RIDGE LANDSCAPE | ) | |
| MAINTENANCE ASSOCIATION, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

In light of the stipulation at Docket No. 14, the motion at Docket No. 6 is hereby **DENIED** as moot.

IT IS SO ORDERED.

DATED: December 30, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge