MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
VATANA LAY, ESQ.
Nevada Bar No. 12993
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  melanie.morgan@akerman.com
Email:  vatana.lay@akerman.com

*Attorneys for Bank of America, N.A.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> EMERALD RIDGE LANDSCAPE MAINTENANCE ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and RED ROCK FINANCIAL SERVICES, LLC, <br><br> Defendants. | Case No.: 2:16-cv-02759-RFB-NJK <br><br> **STIPULATION AND ORDER FOR COST BOND** <br><br> ECF NO. 11 |

Plaintiff Bank of America, N.A., (**BANA**) and defendant Emerald Ridge Landscape Maintenance Association (**Emerald Ridge**) hereby stipulate and agree as follows:

1. BANA shall post a cost bond in the amount of $500.00 or make a cash deposit of $500.00 within 15 days of entry of this order.

2. This order is without prejudice to BANA's right to challenge the legal validity of its obligations to respond to Emerald Ridge's demand at a later date.

3. Pursuant to this stipulation, Emerald Ridge agrees to vacate its Demand for Non-Resident Cost Bond [ECF No. 11].

//
//
//

{40535702;1}

1

Dated this 24th day of January, 2017.

**AKERMAN LLP**

 /s/ *Vatana Lay*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
VATANA LAY, ESQ.
Nevada Bar No. 12993
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Bank of America, N.A.*

Dated this 24th day of January, 2017.

**HALL JAFFE & CLAYTON, LLP**

 /s/ *Ashlie L. Surur*
ASHLIE L. SURUR, ESQ.
Nevada Bar No. 11290
7425 Peak Drive
Las Vegas, Nevada 89128

*Attorneys for Emerald Ridge Landscape Maintenance Association*

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: January 25, 2017

{40535702;1}

2