DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
*fka Howard Kim & Associates*
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br>Plaintiff, <br><br>vs. <br><br>EMERALD RIDGE LANDSCAPE MAINTENANCE ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and RED ROCK FINANCIAL SERVICES, LLC, <br><br>Defendants. | Case No. 2:16-cv-02759-RFB-NJK <br><br>**STIPULATION AND ORDER DISMISSING RONALD M. RHEES WITHOUT PREJUDICE** |
| SFR INVESTMENTS POOL 1, LLC, <br><br>Counter/Cross Claimant, <br><br>vs. <br><br>BANK OF AMERICA, N.A..; U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST; RONALD M. RHEES, an individual; CAMELLIA F. PEEBLES, an individual, <br><br>Counter-Defendant/Cross-Defendants. | |

Cross-Defendant RONALD M. RHEES ("Rhees") stipulates and agrees that he no longer has any interest, ownership or otherwise, in the real property commonly known as **752 Jaded Emerald Court, Las Vegas, NV; Parcel No. 177-27-112-006** ("Property"). Rhees has been informed that the Property was sold on July 22, 2014 by the foreclosure sale conducted

- 1 -

by Red Rock Financial Services ("Red Rock"), agent for Emerald Ridge Landscape Maintenance Association ("the Association"). Rhees further stipulates and agrees that he will not contest the validity of the resulting foreclosure deed recorded in the Official Records of the Clark County Recorder, Instrument Number 201407290000700 or SFR Investments Pool 1, LLC ("SFR") ownership interest in the Property.

Based on these representations, SFR and Rhees stipulate and agree that Rhees shall be dismissed from this action without prejudice, the parties to bear their own fees and costs.

Dated this 7 day of May, 2019.

KIM GILBERT EBRON

DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
7625 Dean Martin Dr., Suite 110
Las Vegas, Nevada 89139
Phone: (702) 485-3300
Fax: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

Dated this 28th day of April, 2017.

RONALD M. RHEES

RONALD M. RHEES
5964 Lazy Creek Avenue
Las Vegas, NV 89139
702-526-8636
*Cross-Defendant*

## ORDER

UPON STIPULATION of the parties, and good cause appearing therefore, it is hereby ORDERED that Cross-Defendant RONALD M. RHEES shall be dismissed from this action without prejudice, each party to bear its own fees and costs.

DATED this 8th day of May, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Respectfully submitted:

Diana Cline Ebron, Esq.
Nevada Bar No. 10580
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Phone: (702) 485-3300
Fax: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

- 2 -