AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

BANK of AMERICA N.A.,

                Plaintiff,

      v.

EMERALD RIDGE LANDSCAPE
MAINTENANCE ASSOCIATION, et al.,

                Defendants.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:16-cv-02759-RFB-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Default Judgment is entered against U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust and in favor of SFR Investments Pool 1, LLC.

3/30/2021
Date

DEBRA K. KEMPI
Clerk

/s/ D. Reich-Smith
Deputy Clerk