MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
LILITH V.XARA, ESQ.
Nevada Bar No. 13138
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: lilith.xara@akerman.com

*Attorneys for plaintiff and counter-defendant Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> EMERALD RIDGE LANDSCAPE MAINTENANCE ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and RED ROCK FINANCIAL SERVICES, LLC, <br><br> Defendants. | Case No.: 2:16-cv-02759-RFB-NJK <br><br> **STIPULATION AND ORDER TO DISMISS ALL REMAINING CLAIMS AND RELEASE CASH DEPOSIT** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, <br><br> Counter/Cross Claimant, <br><br> vs. <br><br> BANK OF AMERICA, N.A.; U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST; RONALD M. RHEES, an individual; CAMELLIA F. PEEBLES, an individual, <br><br> Counter/Counter Defendant. | |

Plaintiff and counter-defendant Bank of America, N.A. (**BANA**), defendants Emerald Ridge Landscape Maintenance Association and Red Rock Financial Services, LLC, and defendant, counterclaimant and cross-claimant SFR Investments Pool 1, LLC and stipulate to dismiss all

1

58390902;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

remaining claims in this action, with prejudice, each party to bear its own attorneys' fees and costs. This stipulation does not affect SFR's default judgment against cross-claim defendant U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, entered on March 30, 2021. (ECF No. 83.)

The parties further stipulate the cash deposits BANA tendered to the clerk on January 13, 2017, ECF No. 24 and February 9, 2017, ECF No. 38, shall be released to BANA c/o its counsel, Lilith V. Xara, Esq., Akerman LLP, 1635 Village Center Circle, Suite 200, Las Vegas, Nevada 89134.

DATED: May 26, 2021.

| | |
|---|---|
| **AKERMAN LLP** | **HALL JAFFE & CLAYTON, LLP** |
| /s/ Lilith V. Xara. | /s/ Ashlie L. Surur |
| MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>LILITH V. XARA, ESQ.<br>Nevada Bar No. 13138<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134 | ASHLIE L. SURUR, ESQ.<br>Nevada Bar No. 11290<br>7425 Peak Drive<br>Las Vegas, Nevada 89128 |
| *Attorneys for plaintiff and counter-defendant Bank of America, N.A.* | *Attorney for defendant Emerald Ridge Landscape Maintenance Association* |
| **KIM GILBERT EBRON** | **KOCH & SCOW LLC** |
| /s/ Jacqueline A. Gilbert | /s/ Steven B. Scow |
| DIANA CLINE EBRON, ESQ.<br>Nevada Bar No. 10580<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>CHANTEL M. SCHIMMING, ESQ.<br>Nevada Bar No. 8886<br>7625 Dean Martin Dr., Ste. 110<br>Las Vegas, Nevada 89139 | DAVID R. KOCH, ESQ.<br>Nevada Bar No. 8830<br>STEVEN B. SCOW, ESQ.<br>Nevada Bar No. 9906<br>BRODY R. WIGHT, ESQ.<br>Nevada Bar No. 13615<br>11500 South Eastern Avenue, Suite 210<br>Henderson, Nevada 89052 |
| *Attorneys for defendant, counterclaimant and cross-claimant SFR Investments Pool 1, LLC* | *Attorneys for Red Rock Financial Services, LLC* |

**ORDER**

**IT IS SO ORDERED.**

_____
RICHARD E. BOULWARE, II
United States District Court

Dated: May 30, 2021.

2

58390902;1